4

**Andrew W. JOHNSON, Petitioner, v. David H. BLAIR, Commissioner, etc. MISSISSIPPI VALLEY TRUST CO., Petitioner, v. Same. Jackson JOHNSON, Petitioner, v. Same. Joseph D. BASCOM, Petitioner, v. Same. Clement W. NELSON, Petitioner, v. Same. Ada Johnson FORGAN, Petitioner, v. Same. Florence J. SHINKLE, Petitioner, v. Same. F. O. WATTS, Petitioner, v. Same. MISSISSIPPI VALLEY TRUST CO., Trustee, v. Same. Eugene D. NIMS, Petitioner, v. Same. Joseph F. CALFEE, Petitioner, v. Same. W. R. WRIGHT, Petitioner, v. Same.**

Circuit Court of Appeals, Eighth Circuit. January 7, 1928.

Nos. 320-331 Orig.

On Petitions to Review Decisions of United States Board of Tax Appeals.

Rhodes E. Cave and T. S. McPheeters, both of St. Louis, Mo., and George Weitzel, of Washington, D. C., for petitioners.

A. W. Gregg, of Washington, D. C., for respondent.

PER CURIAM. Petitions to review denied for want of jurisdiction, and dismissed without costs to either party in this court, pursuant to motion of petitioners that judgments be entered in conformity with judgment entered by this court in No. 319 original, Annie L. Siegel et al. v. David H. Blair, Commissioner, etc., 25 F.(2d) 1022.